

U. S. Department of Justice

Federal Bureau of Prisons

Federal Correctional Institution

RECEIVED
OCT 26 2021
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

696 Muckerman Road
Bennettsville, South Carolina 29512

October 20, 2021

Honorable Judge Robert E. Payne
701 East Broad Street
Richmond, VA 23219

RE:  Friend, Eugene Lamont
     Register Number: 35693-083

Dear Mr. Payne:

This letter is to inform you of the death of Mr. Eugene Lamont Friend, Reg. No. 35693-083, an inmate housed at the Federal Correctional Institution (FCI) in Bennettsville, South Carolina. Mr. Friend was a 50-year old black male sentenced on August 25, 2000, to a term of Life for Conspiracy to Interfere with Commerce by Violence and Carjacking, in the Eastern District of Virginia, Docket Number 3-99CR201-01. Mr. Eugene Lamont Friend arrived at the Federal Correctional Institution (FCI) Bennettsville, South Carolina, on February 11, 2016.

On Tuesday, October 19, 2021, at approximately 2:48 p.m., Mr. Eugene Lamont Friend was found unresponsive in his cell. Staff immediately initiated life-saving measures. Staff requested Emergency Medical Services (EMS) and life-saving measures continued. EMS arrived at 2:57 p.m. and life-saving measures were continued. At approximately 4:00 p.m., all life sustaining efforts were discontinued and Mr. Eugene Lamont Friend was pronounced deceased by a medical doctor at McLeod of Cheraw Hospital located in Cheraw, South Carolina. The cause of death is unknown at this time and an autopsy will be conducted.

If I can be of further assistance regarding Mr. Eugene Lamont Friend's case, please do not hesitate to contact me at 843-454-8200.

Sincerely,

Nanette Barnes
Warden